## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| SMA SURFACES, INC. (F/K/A POLARSTONE US), <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | **SUMMONS** <br><br> Court No. 21-00399 |

TO: The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/ Mario Toscano**
Clerk of the Court

1. <u>Name and standing of plaintiff</u>: Plaintiff in this action is SMA Surfaces, Inc. (f/k/a Polarstone US). As an importer of the subject merchandise from China, Plaintiff is an interested party within the meaning of 19 U.S.C. § 1677(9)(a), who was a party to the proceeding that led to the determination being challenged. Plaintiff participated in the proceeding through the submission of questionnaire responses and written arguments. As such, Plaintiff has standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

2. <u>Brief description of the contested determination</u>: The contested determination is the U.S. Department of Commerce's *Final Scope Ruling on the Antidumping and Countervailing Duty Orders on Quartz Surface Products from the People's Republic of China*, dated July 15, 2021. This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(vi) and 28 U.S.C. § 1581(c). This Summons is being filed within 30 days of the date of mailing of the determination and is timely filed pursuant to 19 U.S.C. § 1516(a)(2)(A).

3. <u>Effective date of the determination:</u> July 15, 2021.

                                      Respectfully submitted,

                                      <u>/s/ *Erik D. Smithweiss*</u>
Erik D. Smithweiss
Kavita Mohan
Michael S. Holton
Jordan C. Kahn
GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP
707 Wilshire Blvd STE 4150,
Los Angeles, CA 90017
(213) 624-1970
\*\*
1201 New York Ave., NW, Suite 650
Washington, DC 20005
(202) 783-6881

Dated: August 11, 2021

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
26 Federal Plaza
New York, New York 10278

Director, Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20530

General Counsel
**U.S. Department of Commerce**
14th Street & Constitution Ave., NW
Washington, D.C. 20230

                                                    The Honorable Mario Toscano
                                                    Clerk of the Court

Date: August,___ 2021                              By:_____